UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
EVERSPEED ENTERPRISES LIMITED,                  :

        Plaintiff,                                          :

  - against-                                                :

SKAARUP SHIPPING INTERNATIONAL CORP.,            :
SKAARUP FORTUNE SHIPPING LTD., SKAARUP
SHIPPING CORP., THOMAS BENE, OLE SKAARUP,        :      November 18, 2009
and JONATHAN ZHU,

        Defendants.                                        :
-----------------------------------------------------------------X

## NOTICE TO DEFENDANTS OF APPLICATION FOR PREJUDGMENT REMEDY

TO: SKAARUP SHIPPING INTERNATIONAL CORP., SKAARUP FORTUNE SHIPPING LTD., SKAARUP SHIPPING CORP., THOMAS BENE, OLE SKAARUP and JONATHAN ZHU:

YOU HAVE RIGHTS SPECIFIED IN THE CONNECTICUT GENERAL STATUTES, INCLUDING CHAPTER 903a, THAT YOU MAY WISH TO EXERCISE CONCERNING THIS APPLICATION FOR A PREJUDGMENT REMEDY. THESE RIGHTS INCLUDE THE RIGHT TO A HEARING:

  (1) TO OBJECT TO THE PROPOSED PREJUDGMENT REMEDY BECAUSE YOU HAVE A DEFENSE TO OR SET-OFF AGAINST THE ACTION OR A COUNTERCLAIM AGAINST THE PLAINTIFF OR BECAUSE THE AMOUNT SOUGHT IN THE APPLICATION FOR THE PREJUDGMENT REMEDY IS UNREASONABLY HIGH OR BECAUSE PAYMENT OF ANY JUDGMENT THAT MAY BE RENDERED AGAINST YOU IS COVERED BY ANY INSURANCE THAT MAY BE AVAILABLE TO YOU;

  (2) TO REQUEST THAT THE PLAINTIFF POST A BOND IN ACCORDANCE WITH SECTION 52-278d OF THE GENERAL STATUTES TO SECURE YOU AGAINST ANY DAMAGES THAT MAY RESULT FROM THE PREJUDGMENT REMEDY;

  (3) TO REQUEST THAT YOU BE ALLOWED TO SUBSTITUTE A BOND FOR THE PREJUDGMENT REMEDY SOUGHT; AND

(4) TO SHOW THAT THE PROPERTY SOUGHT TO BE SUBJECTED TO THE PREJUDGMENT REMEDY IS EXEMPT FROM SUCH A PREJUDGMENT REMEDY.

YOU MAY REQUEST A HEARING TO CONTEST THIS APPLICATION FOR PREJUDGMENT REMEDY, TO ASSERT ANY EXEMPTION OR TO MAKE A REQUEST CONCERNING THE POSTING OR SUBSTITUTION OF A BOND IN CONNECTION WITH THE PREJUDGMENT REMEDY. SUCH REQUEST FOR HEARING MAY BE MADE BY ANY PROPER MOTION OR BY COMPLETING THE ATTACHED FORM AND RETURNING IT TO THE DISTRICT COURT AT:

_____