UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X
EVERSPEED ENTERPRISES LIMITED,           :

    Plaintiff,                               :

- against-                                            :

SKAARUP SHIPPING INTERNATIONAL CORP.,    :
SKAARUP FORTUNE SHIPPING LTD., SKAARUP
SHIPPING CORP., THOMAS BENE, OLE SKAARUP, :   November 18, 2009
and JONATHAN ZHU,

    Defendants.                              :
-------------------------------------------------------------------X

## **PLAINTIFF'S MOTION FOR DISCLOSURE OF ASSETS**

Pursuant to Conn. Gen. Stat. § 52-278n, the Plaintiff, Everspeed Enterprises Limited, hereby moves this Court to order each of the Defendants against which this Application seeks a prejudgment remedy, to disclose any and all property, real or personal, goods or other assets in which they have an interest, jointly or severally, as well as any and all debts owing to them, that are sufficient to satisfy a prejudgment remedy as ordered by the Court in connection with the Plaintiff's Application for Prejudgment Remedy. In support of its Motion for Prejudgment Remedy filed herewith, the Plaintiff will demonstrate that there is probable cause that a judgment, in the amount of the prejudgment remedy sought, will be rendered in its favor.

The Plaintiff,
EVERSPEED ENTERPRISES LIMITED

BY: _____
Patrick F. Lennon (CT 11950)
LENNON, MURPHY & LENNON, LLC
Tide Mill Landing
2425 Post Road
Southport, CT 06890
(203) 256-8600
(203) 256-8615 fax
pfl@lenmur.com

*Of counsel:*

Michael J. Mitchell
MICHAEL J. MITCHELL, P.C.
494 Eighth Avenue, 7th Floor
New York, New York 10001
(646) 328-0120
mimoma@rcn.com

## **ORDER**

The foregoing Motion for Disclosure of Assets having been presented to this Court, it is hereby ORDERED that:

The Defendants:

      by its/their duly authorized representative appear at the offices of _____, _____, _____, Connecticut on _____, 2009 at _____ a.m./p.m. then and there to be examined under oath concerning any and all property, real and personal, in which he has an interest, and any and all debts owing to it; or, alternatively,

      such Defendants provide a sworn affidavit, disclosing any and all property, real or personal, goods or other assets in which they have an interest, jointly or severally, as well as any and all debts owing to them, that are sufficient to satisfy a prejudgment remedy, to the undersigned Attorney for the Plaintiff on or before the \_\_\_\_\_ day of _____, 2009.

_____                       _____

                                              Judge / Clerk / Assistant Clerk