John E. Meerbergen (ct5901)
FERGUSON COHEN LLP
66 Field Point Road, Third Floor
Greenwich, Connecticut 06830
Tel: 203.661.5222
Fax: 203.661.1197

Robert S. Friedman (ct19055)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
Tel: 212.653.8700
Fax: 212.653.8701

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
EVERSPEED ENTERPRISES LIMITED,

                Plaintiff,

      -against-

SKAARUP SHIPPING INTERNATIONAL CORP.,
SKAARUP FORTUNE SHIPPING LTD.,
SKAARUP SHIPPING CORP., THOMAS BENE,
OLE SKAARUP and JONATHAN ZHU,

                Defendants.
---------------------------------------------------------------X

Case No. 09-cv-01878 (SRU)

**MOTION OF DEFENDANTS SKAARUP SHIPPING INTERNATIONAL CORP., SKAARUP SHIPPING CORP., THOMAS BENE, AND OLE SKAARUP TO DISMISS PREJUDGMENT REMEDY APPLICATION AND NOTICE OF INTENT TO APPEAR AND BE HEARD**

February 12, 2010

Defendants Skaarup Shipping International Corp. ("SSI"), Skaarup Shipping Corp. ("SSC"), Thomas Bene ("Bene"), and Ole Skaarup ("Skaarup" and, together with SSI, SSC and Bene, "Defendants"), through their counsel, respectfully move this Court for an Order dismissing the November 18, 2009 applications of Plaintiff Everspeed Enterprises Limited ("Plaintiff" or "Everspeed") for a prejudgment remedy of attachment (the "PJR Application") and, if the PJR Application is granted, for disclosure of assets (the "Disclosure Application" and, together with the PJR Application, the "Applications").

The PJR Application should be denied for all of the reasons set forth in Defendants' motions to dismiss and for sanctions and the memoranda of law filed by Defendants on such motions, all of which are incorporated by reference herein. As more fully set forth in those motions, Plaintiff's Complaint fails to state a claim upon which relief can be granted and the fraud and alter ego claims are frivolous. There is also an exclusive jurisdiction clause for Singapore courts in Plaintiff's purported guarantee. Equally important, Plaintiff's claims on the purported guarantee aretirely contingent in Plaintiff succeeding in a Singapore arbitration already underway. Since the claims asserted against Defendants should be dismissed, Plaintiff will be unable to satisfy its burden of establishing:

> probable cause that a judgment in the amount of the prejudgment remedy sought, or in an amount greater than the amount of the prejudgment remedy sought, taking into account any defenses, counterclaims, or set-offs, will be rendered in [this] matter in favor of plaintiff.

*Conn. Gen. Stat. § 52-278d.* Thus, the PJR Application should be dismissed and, therefore, the Disclosure Application should also be dismissed.[1]

If the PJR Application is not dismissed, Defendants hereby request and give notice of their intent to appear for the hearing currently scheduled for March 30, 2010 on the PJR Application, pursuant to Conn. Gen Stat. §§ 52-278c(g) and 52-278d, to defend against and contest the PJR Application, assert any exemptions, to request the posting of a bond by Plaintiff, and be heard on the Applications. Defendants request that such hearing be an evidentiary hearing. Defendants reserve their rights to file pre or post-hearing submissions.

---

[1] To the extent that Defendant Skaarup Fortune Shipping Ltd. ("Fortune") files any motions seeking to dismiss the Complaint or any papers in response to the Applications, Defendants reserve their rights to incorporate by reference herein any of the arguments contained in any such papers.

DATED: February 12, 2010
      New York, New York

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Robert S. Friedman (ct19055)
Lisa M. Lewis (phv03771)
Mark E. McGrath (phv03772)
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
Tel: 212.653.8700
Fax: 212.653.8701

John E. Meerbergen (ct5901)
FERGUSON COHEN LLP
66 Field Point Road, Third Floor
Greenwich, Connecticut 06830
Tel: 203.661.5222
Fax: 203.661.1197

*Attorneys for Defendants Skaarup Shipping*
   *International Corp., Skaarup Shipping Corp.,*
   *Thomas Bene and Ole Skaarup*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
:
EVERSPEED ENTERPRISES LIMITED,           :   Case No. 09-cv-01878 (SRU)
                                         :
                Plaintiff,               :
                                         :
        -against-                        :   **CERTIFICATE OF SERVICE**
                                         :
SKAARUP SHIPPING INTERNATIONAL CORP.,    :
SKAARUP FORTUNE SHIPPING LTD.,           :
SKAARUP SHIPPING CORP., THOMAS BENE,     :
OLE SKAARUP and JONATHAN ZHU,            :
                                         :
                Defendants.              :   February 12, 2010
                                         :
------------------------------------------------------------------X

    I hereby certify that on February 12, 2010, I filed a copy of the foregoing **MOTION OF DEFENDANTS SKAARUP SHIPPING INTERNATIONAL CORP., SKAARUP SHIPPING CORP., THOMAS BENE, AND OLE SKAARUP TO DISMISS PREJUDGMENT REMEDY APPLICATION AND NOTICE OF INTENT TO APPEAR AND BE HEARD** electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

DEFENDANTS SKAARUP SHIPPING
INTERNATIONAL CORP., SKAARUP
SHIPPING CORP., THOMAS BENE AND OLE
SKAARUP

By: /s/ Mark E. McGrath
Mark E. McGrath (phv03772)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
30 Rockefeller Plaza, Suite 2400
New York, New York 10112
Tel: 212.653.8700