UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
EVERSPEED ENTERPRISES LIMITED,                :

           Plaintiff,                                      :     Case No. 09-cv-01878 (SRU)

     - against-                                                :     **DECLARATION OF**
                                                                   **R. KEITH DENHOLM**
SKAARUP SHIPPING INTERNATIONAL CORP.,    :     **IN OPPOSITION TO**
SKAARUP SHIPPING INTERNATIONAL CORP.,           **MOTION TO ADOJOURN**
SKAARUP FORTUNE SHIPPING LTD., SKAARUP   :     **PJR HEARING DATE**
SHIPPING CORP., THOMAS BENE, OLE SKAARUP,
and JONATHAN ZHU,                                                 :

          Defendants.                                 :     March 2, 2010
------------------------------------------------------------------X

I, R. Keith Denholm, hereby declare:

1. I am the Commercial Director for PCL (Shipping) Ltd., commercial managers of Plaintiff Everspeed Enterprises Limited ("Everspeed"). I make this declaration in Opposition to Defendants' Reply in Further Support of Motion to Adjourn the Pre-Judgment Remedy Hearing('the PJR hearing').

2. I am in regular contact with brokers throughout the world who represent parties that are buying or selling ships. These brokers, known as "S&P brokers," routinely solicit me to gauge my company's interest in purchasing or selling certain vessels.

3. I have been advised by several brokers that the MV MOON SEA, which on information and belief is beneficially owned by Defendant Skaarup Shipping Corp., has been put up for sale and that an agreement has been reached to sell the vessel for approximately USD 7.5 Million to Load Line Marine, a Marshall Islands company with a principal place of business in Greece. It has been reported to me by a broker involved in the transaction that the buyers have made a cash down payment on the vessel, and that the transfer of the vessel is scheduled to take

place in late March or early April 2010, on completion of the vessel's current voyage from Liverpool, U.K., to an undisclosed port in Turkey where she will discharge a cargo of scrap steel.

4. Based on information from the Skaarup Shipping Corp. website, the MV MOON SEA is owned or controlled by defendant Skaarup Shipping Corp. and is part of The Skaarup Group. The vessel is currently on charter to Progress Bulk Carriers, a chartering company based in New York.

5. According to market sources, defendant Skaarup Shipping Corp. has taken steps to ensure that the sales proceeds from the sale of the MOON SEA are not attached by Everspeed, the Plaintiff.

6. Should the Connecticut PJR hearing be adjourned as requested by The Skaarup Group, the proceeds from the sale of the vessel can be readily distributed or diverted to any number of entities or jurisdictions, effectively putting them beyond the jurisdiction of this Court in an effort to avoid having such property subject to Everspeed's PJR application presently pending before the court.

7. I am a resident of Singapore and have made arrangements to be in Connecticut for the scheduled March 30 hearing. These plans are difficult to rearrange, for I am flying my in-laws from California to Singapore to care for my children while I am in Connecticut attending the Court hearing.

DATED:

_____
R. Keith Denholm