# EXHIBIT 2

 The Skaarup Group

Home

SERVICES >> Ship Ownership

- **Self-Unloading & Bulk**
- **Ship Ownership**
- **Ship Management**
- **Ship Chartering & Brokering**
- **Ship Financing & "Intensive Care"**
- **Ship New Building Brokerage**
- **Total Transportation**
- **Naval Architecture**

- **Services Home**

Skaarup Shipping Corporation is the centerpiece of the Skaarup Group. For more than five decades, it has made policy, procedures, and provided management services for its sister companies and Joint Ventures.

Since its inception, the company has continually tailored its activities and expertise to the changing conditions in international bulk shipping.

Vessels controlled by Skaarup Shipping Corporation have been under Open Register Flags including those of Hong Kong, Liberia, Vanuatu, and Panama.

In 1958 Skaarup began to employ Chinese crews. Skaarup pioneered staffing its fleet with full Hong Kong and mainland Chinese crew. Skaarup not only manages its fleet with international resources, but also runs shore operations with professionals of diversified ethnic and cultural backgrounds.



Skaarup's officers and ratings have served for many years in the Skaarup fleet. Emphasis aboard ship is on the safety, handling, and carriage of the cargo, as well as safety of the vessel and crew. The Skaarup's minimal off-hire record and strong safety record attest to the success of this policy.

Return to Top

Home | Site Map | Desktop Wallpaper | Contact Us       Copyright © Skaarup Shipping Corporation

Small Business Web Hosting                                                                      Web Development

- About Us
- Services
- Partnerships
- Legendary Design
- Press Releases
- Contact Us