UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Everspeed Enterprises,<br>      Plaintiff,<br><br>      v.<br><br>Skaarup Shipping Int'l, et al.,<br>      Defendants. | No. 3:09cv1878 (SRU) |

## CONFERENCE MEMORANDUM

On April 26, 2010, I held a telephone conference on the record with Michael Mitchell, Patrick Lennon, Kevin Lennon and Richard Colosimo, representing the plaintiff, and Dan Brown, Rahul Wanchoo, Claurisse Orozco, and Lauren Davies, representing the defendants. The purpose of the conference was to discuss plaintiff's request to submit a reply brief in response to Skaarup Fortune's memorandum in opposition to the plaintiff's motion for *pendente lite* relief (doc# 106).

During an April 22, 2010, telephone conference with the parties I had indicated my intention to rule on the motions early the following week. Plaintiff did not object nor seek an opportunity to file a reply brief in advance of the ruling. Accordingly, I denied plaintiff's request and instructed plaintiff to submit, via fax a letter setting forth the argument(s) it intends to raise in reply.

Dated at Bridgeport, Connecticut, this 6th day of May 2010.

                                                                        /s/ Stefan R. Underhill
                                                                        Stefan R. Underhill
                                                                        United States District Judge